IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

MICHAEL MULCAHEY,

    Plaintiff,                 Case No. 15-0419-CV-W-ODS

vs.

CREDENCE RESOURCE MANAGEMENT, LLC      NOTICE OF DISMISSAL WITH PREJUDICE

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

By: /s/J. Mark Meinhardt
J. Mark Meinhardt, #53501
Meinhardt Law Firm PLLC
14441 W. McDowell Rd. Ste. B102
Goodyear, AZ 85395
Telephone: (913) 451-9797
Email: meinhardtlaw@gmail.com
**ATTORNEY FOR PLAINTIFF**