IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL MULCAHEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 15-0419-CV-W-ODS |
| ) | |
| CREDENCE RESOURCE ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL WITH PREJUDICE

At Plaintiff's request, this case is dismissed WITH PREJUDICE. Each party shall bear his or its costs and fees.

IT IS SO ORDERED.

DATE: August 17, 2015

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT